JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| Adrian Alexandrov, et al., | No. SACV 18-01792 JVS (ADSx) |
|---|---|
| Plaintiffs, | **ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| U.S. Department of Homeland Security, et al., | Honorable James V. Selna<br>United States District Judge |
| Defendants. | |

1

Having reviewed the Stipulation for Dismissal with Prejudice and good cause appearing thereof:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice with the parties stipulating and agreeing that (1) on October 29, 2019 Adrian Alexandrov and Tzveta Alexandrov were granted relief under Special Rule Cancellation of Removal, pursuant to section 203 of the Nicaraguan Adjustment and Central American Relief Act and (2) all substantive and procedural issues relevant to the NACARA eligibility have been resolved by a final decision of the EOIR.

IT IS FURTHER ORDERED THAT each party shall bear his, her or its own attorney's fees, costs and expenses.

DATED: December 10, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE